UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RACHEL ANN ALONSO,

        Plaintiff,                           Case No. 1:10cv634

v.                                             Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on November 7, 2012.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 7, 2012, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that Plaintiff's Application for Attorney Fees under the EAJA (docket #21) is **DENIED.**

                                                                       /s/ Robert J. Jonker
                                                                      ROBERT J. JONKER
                                                               UNITED STATES DISTRICT JUDGE

DATED:  November 28, 2012.